```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------
GEICO GENERAL INSURANCE COMPANY,

               Plaintiff,

   - against -

UNITED STATES OF AMERICA,

               Defendant.

20-cv-5111 (JGK)

ORDER

---------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are instructed to file a Rule 26(f) report by October 30, 2020.

SO ORDERED.

Dated:    New York, New York
           October 14, 2020

                                 /s/ John G. Koeltl
                                 John G. Koeltl
                          United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/14/20
```