

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020

November 6, 2020

**By ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*The 11/9/20 conference is canceled.*
*So ordered.*
*/s/ G Koeltl*
*11/6/20  U.S.D.J.*

Re:    *Perrone v. United States*, 20 CV 5111 (JGK)

Dear Judge Koeltl:

This Office represents defendant United States in this car accident case brought under the Federal Tort Claims Act. On behalf of all parties, I write at the suggestion of Your Honor's courtroom deputy concerning the initial conference before the Court scheduled for November 9, 2020, at 3:00 p.m. On October 30, the Court "so-ordered" the parties proposed case management plan. Dkt. No. 13. In light of the entry of this order, the parties write respectfully to inform the Court that neither party intends to raise any issues at the November 9 conference and respectfully suggest that the conference be adjourned.

We thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:    */s/ Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Fax: (212) 637-2702
Email: brandon.cowart@usdoj.gov

cc:    Richard Elem (by ECF)
       *Counsel for Plaintiff*