no



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2021

**By ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *GEICO a/s/o Perrone v. United States*, 20 CV 5111 (JGK)

Dear Judge Koeltl:

    This Office represents the United States, defendant in this automobile accident case allegedly involving a truck owned by the United States Postal Service. On behalf of all parties, I write respectfully to request that the premotion conference scheduled for April 30 be adjourned. The parties anticipate reaching an agreement to settle the case within the next few days.

                                  Respectfully,

                                  AUDREY STRAUSS
                                  United States Attorney for the
                                  Southern District of New York

                    By:    */s/ Brandon Cowart*
                          BRANDON H. COWART
                          Assistant United States Attorney
                          Telephone: (212) 637-2693
                          Fax: (212) 637-2702
                          Email: brandon.cowart@usdoj.gov

cc:    Richard Elem (by ECF)
        *Counsel for Plaintiff*

*[Handwritten:]* Application granted. Conference adjourned to May 19, 2021 at 2:30 P.M. So ordered. J. G. Koeltl, U.S.D.J. 4/30/21